| PROB 22 (Rev. 02/88) | | DOCKET NUMBER (Tran. Court) 06-CR-094-C-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) 07 CR 50053 |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Robert A. Williams  **FILED**  NOV 0 5 2007  MICHAEL W. DOBBINS  CLERK, U.S. DISTRICT COURT | Western Wisconsin | Madison |
|  | NAME OF SENTENCING JUDGE Honorable Barbara B. Crabb | |
|  | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/01/06 | TO 10/31/09 |

| OFFENSE |
|---|
| Fraud and Related Activity in Connection with Access Devices |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __Wisconsin__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of Illinois__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 25, 2007                    /s/ Barbara B. Crabb
Date                                  United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Northern District of Illinois__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after entry of this order.

10/11/07                              /s/ Frederick J. Kapala
Effective Date                        United States District Judge  **Frederick J. Kapala, Rockford**

3 cc: USP
cc: USA
     FIN.
     BBC
     NDIL

CLOSED

# U.S. District Court
## Western District of Wisconsin (Madison)
### CRIMINAL DOCKET FOR CASE #: 3:06-cr-00094-bbc All Defendants
### Internal Use Only

Case title: USA v. WILLIAMS, ROBERT A.

Date Filed: 05/01/2006

Assigned to: Chief Judge Barbara B Crabb

**Defendant**

ROBERT A. WILLIAMS (1)   represented by   Dennis Joseph Ryan
6701 Seybold Road, Suite 103
Madison, WI 53719
608-277-1771
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE
(1)

**Disposition**

Convicted/final plea of guilty.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

TRUE COPY Certified
NOV - 1 2007
Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin
By: /s/ _____
Deputy Clerk

**Plaintiff**

USA   represented by   Peter Jarosz
Assistant U.S. Attorney
P.O. Box 1585

Madison, WI 53701  
6082645158  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2006 |  | Jams Import Utility Entry (Entered: 05/01/2006) |
| 05/01/2006 |  | Criminal Charges/Counts (Entered: 05/01/2006) |
| 05/01/2006 | 1 | JS-45 (Entered: 05/02/2006) |
| 05/01/2006 | 2 | INDICTMENT UNSEALED - WARRANT ISSUED 4/20/06. (Entered: 05/02/2006) |
| 05/01/2006 |  | ARRG. SET FOR 5/24/06 AT 10:30 AM. (Entered: 05/02/2006) |
| 05/03/2006 |  | ATTY. DENNIS RYAN APPOINTED. (Entered: 05/03/2006) |
| 05/04/2006 | 3 | RECORD FROM NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION. (Entered: 05/04/2006) |
| 05/09/2006 | 4 | CJA 20 APPOINTMENT (RYAN) (Entered: 05/09/2006) |
| 05/24/2006 | 5 | CTRM. MIN: ARRG.; N.G. PLEA ENTERED; SCHEDULE SET; DEFT. RELEASED ON CONDITIONS. (SLC) 20 (Entered: 05/24/2006) |
| 05/24/2006 | 6 | ORDER SCHEDULING. (SLC) (Entered: 05/24/2006) |
| 06/28/2006 | 7 | ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE (SLC) CC MLD. (Entered: 06/28/2006) |
| 07/05/2006 | 8 | CTRM. MIN: PTC; NO MOTIONS FILED. (SLC) 5 (Entered: 07/05/2006) |
| 07/07/2006 | 9 | PTC ORDER (SLC) (Entered: 07/07/2006) |
| 08/14/2006 |  | PLEA HEARING SET FOR 8/16/06 AT 10:00 AM. (Entered: 08/14/2006) |
| 08/16/2006 | 10 | CTRM. MIN: PLEA HRG.; GUILTY PLEA ENTERED; PSR DUE 9/27/06; OBJS DUE 10/11/06; STCG 11/1/06 AT 1:00 PM. 14 (Entered: 08/16/2006) |
| 08/16/2006 | 11 | PLEA AGREEMENT (Entered: 08/16/2006) |
| 09/12/2006 | 12 | WARRANT (Entered: 09/12/2006) |
| 10/23/2006 |  | RECD. GOVT. LETTER STATING NO OBJS. TO PSR; DELIVERED TO BBC. (Entered: 10/24/2006) |
| 11/01/2006 | 13 | CTRM. MIN: STCG.; CT. 1: 3 YRS PROBATION; $100 CA; $2,000 FINE. 16 (Entered: 11/01/2006) |
| 11/03/2006 | 14 | JUDGMENT AND COMMITMENT ENTERED. CC MLD. (Entered: 11/03/2006) |

| 12/14/2006 | 15 | CJA 20 CERRTIFIED FOR PAYMENT (RYAN/$4,094.00) (Entered: 12/14/2006) |
| --- | --- | --- |
| 02/06/2007 | 16 | SATISFACTION OF JUDGMENT (ASSESSMENT/FINE). (Entered: 02/07/2007) |
| 07/10/2007 | 17 | PROB FORM 12B W/ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE. (Entered: 07/10/2007) |
| 07/10/2007 | 18 | DEFT. WAIVER OF HEARING TO MODIFY CONDITIONS OF SUPERVISED RELEASE. (Entered: 07/10/2007) |
| 09/27/2007 | 19 | PROB FORM 12A RE: DEFT. PROB. CONDITION; NO ACTION NECESSARY. CC MLD. (Entered: 09/27/2007) |
| 10/29/2007 | 20 | Jurisdiction of Supervised Release Transferred to Northern District of Illinois as to ROBERT A. WILLIAMS. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (mmo) (Entered: 11/01/2007) |

# United States District Court
## Western District Of Wisconsin

NOV - 3 2006

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (for offenses committed on or after November 1, 1987) |
| V. | Case Number: 06-CR-094-C-01 |
| ROBERT A. WILLIAMS | Defendant's Attorney: Dennis J. Ryan |

The defendant, Robert A. Williams, pleaded guilty to count 1 of the indictment.

**ACCORDINGLY**, the court has adjudicated defendant guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1029(a)(3) | Fraud and Related Activity in Connection with Access Devices, a Class C felony | August 26, 2005 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

| | | |
|---|---|---|
| **Defendant's Date of Birth:** | September 26, 1962 | November 1, 2006 |
| **Defendant's USM No.:** | 18612424 | Date of Imposition of Judgment |
| **Defendant's Residence Address:** | 386 Horizon Lane DeKalb, Illinois 60115 | *Barbara B. Crabb* |
| **Defendant's Mailing Address:** | 386 Horizon Lane DeKalb, Illinois 60115 | Barbara B. Crabb District Judge |
| | | November 1, 2006 |
| | | Date Signed: |

A TRUE COPY - Certified
NOV -1 2007

Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin

Deputy Clerk

# PROBATION

As to the one-count indictment, defendant is ordered to serve a three-year term of probation.

While on probation, defendant shall not commit another federal, state, or local crime.

While on probation, defendant shall not illegally possess a controlled substance.

If defendant has been convicted of a felony, defendant shall not possess a firearm or destructive device while on probation.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Financial Penalties sheet of this judgment.

Defendant shall comply with the standard conditions that have been adopted by this court (set forth on the next page).

As special conditions of probation, defendant is to:

(1) Provide the supervising U.S. probation officer with any and all requested financial information, including copies of state and federal income tax returns;

(2) Reimburse the government for court-appointed attorney fees in full as directed by the supervising probation officer;

(3) Abstain from the use of illegal drugs and from association with drug users and sellers and participate in substance abuse treatment as directed by the probation officer. Defendant shall submit to drug testing beginning within 15 days of sentencing and 60 drug tests annually thereafter. The probation office may utilize the Administrative Office of the U.S. Courts' phased collection process;

(4) Submit his person, residence, office or vehicle to a search conducted by a U.S. probation officer at a reasonable time and in a reasonable manner, whenever the probation officer has reasonable suspicion of contraband or of the violation of a condition of probation; failure to submit to a search may be a ground for revocation; defendant shall advise any other residents that the premises he is occupying may be subject to searches pursuant to this condition; and

(5) Register with local law enforcement agencies and the state attorney general as directed by the supervising U.S. probation officer.

AO 245 B (Rev. 3/01)(N.H. Rev.)     DEFENDANT: ROBERT A. WILLIAMS     Judgment - Page 3
AO 245 B (Rev. 3/01)(N.H. Rev.)     CASE NUMBER: 06-CR-094-C-01     Judgment - Page 3

Case 3:07-cr-50053     Document 1     Filed 11/05/2007     Page 7 of 11

# STANDARD CONDITIONS OF SUPERVISION

1) Defendant shall not leave the judicial district without the permission of the court or probation officer;

2) Defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) Defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) Defendant shall support his or her dependents and meet other family responsibilities;

5) Defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) Defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances except as prescribed by a physician;

8) Defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) Defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) Defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) Defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) As directed by the probation officer, defendant shall notify third parties of risks that may be occasioned by defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm defendant's compliance with such notification requirement.

# CRIMINAL MONETARY PENALTIES

Defendant shall pay the following total financial penalties in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $100.00 | $2,000.00 | $0.00 |
| **Total** | $100.00 | $2,000.00 | $0.00 |

It is adjudged that the defendant is to pay a $100 criminal assessment penalty to the Clerk of Court for the Western District of Wisconsin.

The financial summary contained in the presentence report indicates that defendant has a significant net worth and equity in property and investments. I find that defendant has the means to pay a fine in the amount of $2,000 to the Clerk of Court for the Western District of Wisconsin within 60 days of his sentencing.

The above fine includes any costs of incarceration or supervision or both.

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order:
- (1) assessment;
- (2) restitution;
- (3) fine principal;
- (4) cost of prosecution;
- (5) interest;
- (6) penalties.

The total fine and other monetary penalties shall be due in full immediately unless otherwise stated elsewhere.

Unless the court has expressly ordered otherwise in the special instructions above, if the judgment imposes a period of imprisonment, payment of monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

In the event of a civil settlement between victim and defendant, defendant must provide evidence of such payments or settlement to the Court, U.S. Probation office, and U.S. Attorney's office so that defendant's account can be credited.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

2006 APR 19 PM 4:45

THERESA M. OWENS
CLERK US DIST COURT
WD OF WI

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) INDICTMENT |
| v. | ) |
| | ) Case No. **06 CR 094 C** |
| ROBERT A. WILLIAMS, | ) 18 U.S.C. § 1029(a)(3) |
| | ) |
| Defendant. | ) |

THE GRAND JURY CHARGES:

COUNT 1

On or about August 26, 2005, in the Western District of Wisconsin, the defendant

ROBERT A. WILLIAMS,

knowingly and with the intent to defraud possessed fifteen or more counterfeit access devices, more specifically: credit cards with account numbers purportedly issued by Discover, Chase, MBNA America Bank, and Capital One, all in the name of "J. Brown," said activity affecting interstate commerce, in that the defendant transported the counterfeit access devices from Illinois into Wisconsin for use in Minnesota.

(In violation of Title 18, United States Code, Section 1029(a)(3)).

A TRUE COPY. Certified
NOV - 1 2007
Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin
By _____
Deputy Clerk

Stephen P. Sinnott
United States Attorney

Indictment returned April 19, 2006

A TRUE BILL

_____
Presiding Juror

CC: DEFT., USA, USM, PROBA.,
Date 4 10 06

# Account Summary for WILLIAMS, ROBERT A.

Cases:

06-CR-00094-C-01

| Statement of Account | |
|---|---:|
| **FINES** | |
| 11/01/2006  Judgment | 2000.00 |
| 01/29/2007  Receipt # 60691 | -2000.00 |
| Amount Paid In | 2000.00 |
| Balance due | 0.00 |
| **SPECIAL ASSESSMENT** | |
| 11/01/2006  Judgment | 100.00 |
| 01/29/2007  Receipt # 60691 | -100.00 |
| Amount Paid In | 100.00 |
| Balance due | 0.00 |
| **Total Balance For WILLIAMS, ROBERT A.:** | **0.00** |

| No Victim Information |
|---|

## Funds Summary

(Activity as of 11/02/2007)

| Fund | Paid by Deft. | Paid to Victim | Adjustments | To Be Paid to Victim |
|---|---|---|---|---|
| | | | | |