UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 07 CR 50053 |
| v. ) | |
| ) | Judge Frederick J. Kapala |
| ROBERT WILLIAMS ) | |

**UNITED STATES' MOTION FOR A RULE TO SHOW CAUSE WHY PROBATION SHOULD NOT BE REVOKED**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Court for a rule to show cause why the probation of the above-named defendant should not be revoked. The defendant, ROBERT WILLIAMS, violated the conditions of his probation in the following manner:

Defendant violated the condition, "defendant shall not commit another federal, state or local crime," in that defendant, between March 1, 2007 and November 30, 2007, knowingly and with intent to defraud, produced, used or trafficked in one or more counterfeit access devices, in violation of 18 U.S.C. § 1029(a).

Wherefore, as defendant has violated conditions of probation, the government moves this Court for a rule to show cause why probation of the above-named defendant should not be revoked.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

BY:     s/ Mark T. Karner
MARK T. KARNER
Assistant United States Attorney
308 West State Street - Suite 300
Rockford, Illinois  61101
(815) 987-4444

### CERTIFICATE OF FILING AND SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on February 8, 2008, the following document:

UNITED STATES' MOTION FOR A RULE TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail to the following:

Robert Williams
386 Horizon Lane
DeKalb, IL  60115

Paul Gaziano
Federal Public Defender
202 West State Street, Suite 600
Rockford, IL  61101

and was hand-delivered to the following:

Teresa Brown
Senior United States Probation Officer
211 South Court Street – Room 114
Rockford, IL  61101

      s/ Mark T. Karner
MARK T. KARNER
Assistant United States Attorney
308 West State Street - Suite 300
Rockford, Illinois  61101
(815) 987-4444