UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 07 CR 50053 |
| v. | ) | |
| | ) | Judge Frederick J. Kapala |
| ROBERT WILLIAMS | ) | |

**NOTICE OF MOTION**

To:  Robert Williams                                    Paul Gaziano, Federal Public Defender
     386 Horizon Lane                                   202 W. State Street, Suite 600
     DeKalb, IL  60115                                  Rockford, Illinois  61101

**PLEASE TAKE NOTICE** that on Friday, February 15, 2008, at 9:00 a.m., at the opening of Court or as soon thereafter as counsel may be heard, I will appear before United States District Judge Frederick J. Kapala in the courtroom usually occupied by him in the United States Courthouse, 211 South Court Street, Rockford, Illinois, or before such other district court judge as may be sitting in his place and stead, and then and there present: United States' Motion For A Rule To Show Cause Why Supervised Release Should Not Be Revoked, at which time and place you must appear.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

BY:  _____s/ Mark T. Karner_____
MARK T. KARNER
Assistant United States Attorney
308 West State Street - Suite 300
Rockford, Illinois  61101
(815) 987-4444

**CERTIFICATE OF FILING AND SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on February 8, 2008, the following document:

NOTICE OF MOTION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail to the following:

Robert Williams
386 Horizon Lane
DeKalb, IL  60115

Paul Gaziano
Federal Public Defender
202 West State Street, Suite 600
Rockford, IL  61101

and was hand-delivered to the following:

Teresa Brown
Senior United States Probation Officer
211 South Court Street – Room 114
Rockford, IL  61101


      s/ Mark T. Karner
MARK T. KARNER
Assistant United States Attorney
308 West State Street - Suite 300
Rockford, Illinois  61101
(815) 987-4444