UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  07 CR 50053 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT WILLIAMS | ) | Judge Frederick J. Kapala |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

                Respectfully Submitted,

                PATRICK J. FITZGERALD
                United States Attorney

By:     s/ Mark T. Karner
        MARK T. KARNER
        Assistant United States Attorney
        308 W. State Street - Suite 300
        Rockford, Illinois  61101
        (815) 987-4444

## CERTIFICATE OF FILING AND SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on February 7, 2008, the following document:

ATTORNEY DESIGNATION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail to the following:

Robert Williams
386 Horizon Lane
DeKalb, IL  60115

Paul Gaziano
Federal Public Defender
202 West State Street, Suite 600
Rockford, IL  61101

and was hand-delivered to the following:

Teresa Brown
Senior United States Probation Officer
211 South Court Street – Room 114
Rockford, IL  61101

                                                             s/ Mark T. Karner
                                            MARK T. KARNER
                                            Assistant United States Attorney
                                            308 West State Street - Suite 300
                                            Rockford, Illinois  61101
                                            (815) 987-4444