**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Western Division**

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                  Case No.: 3:07−cr−50053
                                                   Honorable Frederick J. Kapala

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 15, 2008:

      MINUTE entry before Judge Frederick J. Kapala as to Robert Williams:Government's motion for a rule to show cause presented. Defendant advised of rights. Defendant's oral motion for appointment of counsel continued to 2/22/2008 at 09:00 AM. Defendant to file a financial affidavit for the court's review.Advised in Open Court/Electronic/Mailed (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.