UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Western Division

UNITED STATES OF AMERICA
　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 3:07−cr−50053
　　　　　　　　　　　　　　　　Honorable Frederick J. Kapala

　　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 22, 2008:

　　MINUTE entry before Judge Frederick J. Kapala as to Robert A Williams: For the reasons stated in open court, defendant's oral motion for appointment of counsel is denied. Status hearing set for 3/10/2008 at 9:00 AM. Defendant's retained counsel shall appear at the next status hearing. At the next status hearing, a date for hearing on the motion for rule to show cause will be set. Mailed notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.