# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50053 | **DATE** | 3/10/2008 |
| **CASE TITLE** | USA vs. Robert Williams | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Attorney Dennis Ryan appears as retained counsel for defendant. Hearing on government's motion for a rule to show cause set for March 20, 2008 at 2:30 p.m.

Notices mailed by Judicial staff.

00:30

| | Courtroom Deputy Initials: | sw |
|---|---|---|