# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Western Division

UNITED STATES OF AMERICA

Plaintiff,

v.                                         Case No.: 3:07−cr−50053
                                           Honorable Frederick J. Kapala

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 21, 2008:

MINUTE entry before Judge Honorable Frederick J. Kapala as to Robert Williams:Motion hearing held on government's motion for rule to show cause [4]. Defendant admits the violations contained in the motion. Motion continued to 2:30 p.m. on April 9, 2008 for disposition/sentencing. Probation Officer to submit a Special Report updating the prior presentence investigation report by April 2, 2008. Electronic/Mailed notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.