## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50053 - 1 | **DATE** | 4/9/2008 |
| **CASE TITLE** | USA vs. Robert A. Williams | | |

**DOCKET ENTRY TEXT:**

Sentencing hearing held. For the reasons stated in open court, defendant's probation is revoked. Enter Judgment in a Criminal Case.

*[Signature: Frederick J. Kapala]*

Docketing to mail notices.

01:00

# FILED

APR 17 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | sw |
|---|---|---|